UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

AKEN AHMED DIRIE,

                              Petitioner.                      Case # 16-CV-996-FPG

v.

                                                                    DECISION AND ORDER

JEFFERSON B. SESSIONS,
Attorney General of the United States, et al.,

                              Respondents.

*Pro se* Petitioner Aken Ahmed Dirie ("Petitioner") has filed this action seeking a Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 1. Petitioner alleges that he was ordered removed to Somalia by an Immigration Judge on February 4, 2016, and further alleges that he has remained in the custody of the Department of Homeland Security ("DHS") for over fifteen months pending his deportation. *Id.* Due to this delay, Petitioner seeks to be released from custody.

The government has moved to dismiss this case because Petitioner has now been deported to Somalia, making this action moot. *See* ECF Nos. 8, 9. Petitioner did not respond to the government's motion.

"Where an alien challenging his detention under 28 U.S.C. § 2241 is released during the pendency of his petition under an order of supervision, the petition is rendered moot." *Harvey v. Holder*, 63 F.Supp. 3d 318, 320 (W.D.N.Y. 2014). Here, the uncontroverted evidence demonstrates that Petitioner was removed to Somalia on a flight chartered by Immigration and Customs Enforcement that departed from Alexandria International Airport (AEX) on March 9, 2017. *See* ECF No. 8-1. As such, this action has become moot, and must be dismissed.

## CONCLUSION

The government's Motion to Dismiss (ECF Nos. 8, 9) is granted, as this case has become moot. No certificate of appealability shall issue, as Petitioner has failed to make a substantial showing of a denial of a constitutional right. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: Rochester, New York
May 26, 2017

_____
HON. FRANK P. GERACI, JR.
Chief Judge
United States District Court